UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| FIFTY-FIVE THOUSAND DOLLARS, | ) | |
| ($55,000.00) U.S. CURRENCY, | ) | |
| | ) | |
| Defendant . | ) | |

## VERIFIED COMPLAINT OF FORFEITURE

Comes now plaintiff, United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Stephen Casey,

Assistant United States Attorney, for said district, and in a civil cause of action for forfeiture

respectfully states as follows:

1.     In this *in rem* civil action the United States seeks forfeiture of certain property,

currently in the possession and custody of the plaintiff pursuant to the provisions of Title 21,

United States Code, Section 881.

2.     Subject Matter Jurisdiction of this Court is based on Title 28, United States Code,

Sections 1345, 1355(a), and Title 21, United States Code, Section 881.   *In rem* jurisdiction is

based on Title 28, United States Code, Section 1355.   Venue is proper in this district pursuant to

Title 28, United States Code, Sections 1355 &1395 and Title 21, United States Code, Section

881(j).

3.     The defendant property was furnished or intended to be furnished in exchange for

controlled substances in violation of the Controlled Substances Act, Title 21, United States Code,

Section 801 *et seq.*, was proceeds traceable to such an exchange, and was used or intended to be

used to facilitate such an exchange. The defendant property is therefore subject to forfeiture to the United States of America, under the provisions of Title 21, United States Code, Section 881(a)(6).

4.      The defendant property was seized in the Eastern District of Missouri and is now, and during the pendency of this action will be in the jurisdiction of this court.

5.      On or about August 21, 2013, $941,950.00 U.S. currency was seized from Carl Garber by the U.S. Immigration and Customs Enforcement, Homeland Security Investigations.

6.      On November 21, 2013, a claim was received by the U.S. Customs and Border Protection, the holder of the currency, from Garber, for a portion of the seized currency in the amount of $55,000.00.

7.      A joint investigation conducted the U.S. Immigration and Customs Enforcement, Homeland Security Investigations, and the St. Louis County Police Department identified several individuals involved in a drug distribution network operating in and around the St. Louis metropolitan area.   During this investigation, investigators identified Garber as a member of the distribution organization.

8.      Investigators have utilized source information, law-enforcement surveillance operations, statements made by individuals as part of this investigation, and other investigative procedures to identify the extent of Garber's involvement in the drug trafficking enterprise. Pursuant to information obtained during the investigation, investigators conducted three separate traffic stops in and around the St. Louis Metropolitan area.   In each traffic stop, investigators recovered a duffel bag containing several pounds of marijuana (approximately 30 to 35 pounds total).   In the third traffic stop, the occupant of the vehicle identified Garber as the supplier of the marijuana and provided the address for the location he picked up the marijuana. The

2

occupant also stated that Garber kept his money at a separate location a few miles from his residence.

9.      Pursuant to information obtained during the investigation, Investigators had already established surveillance at the residence believed to be where Garber kept his money and observed Garber take a large duffel bag into the residence.   Investigators conducted a fourth traffic stop when Garber and another individual drove away from the residence.   Investigators discovered that the residence belonged to the driver of the vehicle, who thereafter gave written consent to search his residence.   During the search, investigators found the duffel bag that Garber had carried into the residence.   The bag contained approximately 1.4 pounds of marijuana.   Investigators found two locked safes, which the residence owner said belonged to Garber.

10.      Investigators requested and received a Federal Search Warrant for each safe. Investigators opened each safe and seized approximately $941,950.00 U.S. currency.   A narcotics detector dog gave a positive alert to the seized currency.

11.      The only person known to have any possible interest in the defendant property is Carl Garber.

12.      By reason of these premises, the defendant property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 881.

WHEREFORE, Plaintiff prays that a Warrant for Arrest be issued for the defendant property and the defendant property be condemned and forfeited to the United States of America,

in accordance with the provisions of law; and that the plaintiff be awarded its costs in this action,

and have such other relief as provided by law and the nature of the case may require.


Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


*/s/ Stephen Casey*
STEPHEN CASEY, #58879MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

4

## **VERIFICATION**

I, Special Agent Jeffrey Wagner, hereby verify and declare under penalty of perjury that I am a Special Agent with the U.S. Immigration and Customs Enforcement, Homeland Security Investigations, that I have read the foregoing Verified Complaint in rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the U.S. Immigration and Customs Enforcement, Homeland Security Investigations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _April 23, 2015_
　　　　　　　　(date)


JEFFREY WAGNER
Special Agent
U.S. Immigration and Customs Enforcement, Homeland Security Investigations